1530

[Cite as *08/28/2003 Case Announcements,* 2003-Ohio-4549.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*August 28, 2003*

## MOTION AND PROCEDURAL RULINGS

**2003–0796. Giles v. Simonds.**
Columbiana App. No. 02–CO–18, 2003-Ohio-1428. This cause is pending before the court as a discretionary appeal. On May 5, 2003, appellant filed a notice that a motion to certify a conflict was pending in the court of appeals, and pursuant to S.Ct.Prac.R. IV(4)(A), this court stayed consideration of the jurisdictional memoranda filed in this appeal. Whereas appellant has neither notified this court that the court of appeals determined that a conflict does not exist as provided by S.Ct.Prac.R. IV(4)(B) nor filed a copy of the court of appeals' order certifying the existence of a conflict as provided by S.Ct.Prac.R. IV(4)(C),

IT IS ORDERED by the court, sua sponte, that appellant show cause within 10 days of the date of this entry why this court should not proceed to consider the jurisdictional memoranda in this appeal pursuant to S.Ct.Prac.R. III(6).

**2003–0864. Cincinnati Ins. Co. v. Torok.**
Jefferson App. No. 01–JE–24, 2003-Ohio-1764. This cause is pending before the court as a discretionary appeal. On May 14, 2003, appellants filed a notice that a motion to certify a conflict was pending in the court of appeals, and pursuant to S.Ct.Prac.R. IV(4)(A), this court stayed consideration of the jurisdictional memoranda filed in this appeal. Whereas appellants have neither notified this court that the court of appeals determined that a conflict does not exist as provided by S.Ct.Prac.R. IV(4)(B) nor filed a copy of the court of appeals' order certifying the existence of a conflict as provided by S.Ct.Prac.R. IV(4)(C),

IT IS ORDERED by the court, sua sponte, that appellants show cause within 10 days of the date of this entry why this court should not proceed to consider the jurisdictional memoranda in this appeal pursuant to S.Ct.Prac.R. III(6).

**2003–1226. State ex rel. Wheeler v. Indus. Comm.**
Franklin App. No. 02AP–865, 2003-Ohio-3120. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellee's motion for extension of time to file merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellee's merit brief is due on or before October 6, 2003.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2003–1484. State ex rel. Watkins v. Indus. Comm.**
Franklin App. No. 02AP–337, 2003-Ohio-3109.

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2003–1222. State ex rel. Bray v. Indus. Comm.**
Franklin App. No. 02AP–939, 2003-Ohio-2885.